JS-6

SILVER & FREEDMAN
A PROFESSIONAL LAW CORPORATION
MITCHELL N. REINIS, CSB 36131
mreinis@silverfreedman.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067-3005
Tel 310.282.9400 / Fax 310.282.2500

Attorneys for Plaintiff SBS Tekstil Sanayi
Ve Ticaret Limited Sti

BRIAN H. NEWMAN (SBN: 205373)
    E-mail: bnewman@buchalter.com
RUSSELL L. ALLYN (SBN: 143531)
    E-mail: rallyn@buchalter.com
BUCHALTER NEMER, APLC
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457
Telephone:  (213) 891-0700
Facsimile:   (213) 896-0400

Attorneys for Defendants
New Commercial Capital, Inc.,
Arnold Zimberg, Bruce Zimberg,
and The Miracle Group, Inc. and
Counterclaimant The Miracle Group, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SBS TEKSTIL SANAYI VE TICARET LIMITED STI, a Turkish corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARNOLD ZIMBERG AND BRUCE ZIMBERG, individually and doing business as ARNOLD ZIMBERG HOLLYWOOD CALIFORNIA 90068; THE MIRACLE GROUP, INC., a California corporation; NEW COMMERCIAL CAPITAL, INC. a California corporation, a California corporation, and DOES 1-10,<br><br>            Defendants. | CASE NO. CV 08-6942 PA (JWJx)<br><br>Hon. Honorable Percy Anderson<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

| | |
|---|---|
| 1 | THE MIRACLE GROUP, INC. a California corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | |
| 5 | vs. |
| 6 | SBS TEKSTIL SANAYI VE TICARET LIMITED STI, a Turkish Corporation, and ROES 1-10 |
| 7 | |
| 8 | Counterclaim-Defendants. |

Based upon the Stipulation for Dismissal of Certain Parties entered into between plaintiff, SBS Tekstil Sanayi Ve Ticaret Limited Sti, and defendants, Arnold Zimberg, Bruce Zimberg, New Commercial Capital, Inc. and The Miracle Group, Inc.,

**IT IS HEREBY ORDERED** that:

1. The complaint and the counterclaim are dismissed without prejudice as to all parties other than plaintiff and New Commercial Capital, Inc. (who have been previously dismissed with prejudice).
2. The Court reserves jurisdiction to enter judgment in accordance with the stipulation of the parties filed herein on June 10, 2009.
3. Each party shall bear its own costs and attorney fees to the date hereof.

DATED: June 16, 2009

PERCY ANDERSON, JUDGE
United States District Court