1 | SILVER & FREEDMAN
A PROFESSIONAL LAW CORPORATION
2 | MITCHELL N. REINIS, CSB 36131
mreinis@silverfreedman.com
3 | 2029 Century Park East, 19th Floor
Los Angeles, California 90067-3005
4 | Tel 310.282.9400 / Fax 310.282.2500

5 | Attorneys for Plaintiff SBS Tekstil Sanayi
Ve Ticaret Limited Sti



FILED
CLERK, U.S. DISTRICT COURT
APR - 4 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SBS TEKSTIL SANAYI VE TICARET LIMITED STI, a Turkish corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD ZIMBERG AND BRUCE ZIMBERG, individually and doing business as ARNOLD ZIMBERG HOLLYWOOD CALIFORNIA 90068; THE MIRACLE GROUP, INC., a California corporation; NEW COMMERCIAL CAPITAL, INC. a California corporation, a California corporation, and DOES 1-10,<br><br>Defendants. | CASE NO. CV 08-6942 PA (JWJx)<br><br>Honorable Percy Anderson<br><br>**JUDGMENT VACATING DISMISSAL AND FOR PLAINTIFF PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT** |

This cause came on by ex parte application of plaintiff on January 9, 2012 before the Honorable Percy Anderson, to vacate the June 16, 2009 dismissal of the complaint herein as to defendant, The Miracle Group, Inc. ("Defendant") and enter judgment pursuant to Stipulation for Entry of Judgment in favor of SBS Tekstil Sanayi Ve Ticaret Limited Sti ("Plaintiff").

The Court, having reserved jurisdiction to enter judgment in accordance with the Stipulation for Entry of Judgment executed by the parties hereto and having considered the ex parte application of plaintiff and the default by the defendant

S&F00717909 v1 / 11474-500

JUDGMENT VACATING DISMISSAL AND FOR PLAINTIFF PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT

1  having been established, makes the following judgment:

2  IT IS HEREBY ORDERED, ADJUDGED AND DECRRED THAT the June
3  16, 2009 dismissal of the complaint against defendant, The Miracle Group, Inc., is
4  hereby vacated and set aside;

5  IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT
6  pursuant to the Stipulation by the parties for Entry of Judgment, plaintiff, SBS
7  Tekstil Sanayi Ve Ticaret Limited Sti, is entitled to and is awarded judgment against
8  defendant, The Miracle Group, Inc., in the sum of $470,508.61, plus post judgment
9  interest thereon at the rate of ten percent (10%) per annum, costs of suit and attorney
10 fees of $5,580.

April 4, 2012
~~January __, 2012~~

_____
PERCY ANDERSON

S&F00717909 v1 / 11474-500

2

**JUDGMENT VACATING DISMISSAL AND FOR PLAINTIFF PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT**